UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK, N.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>HARJIT SINGH,<br><br>  Defendant. | Case No.: 1:24-cv-1517 JLT HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 12, 17) |

BMO Harris Bank N.A. seeks to hold Harjit Singh liable for breach of contract related to a Loan and Security Agreement. (*See generally* Doc. 1.) After Defendant failed to answer, the Court entered default against Defendant. (Doc. 11.) Plaintiff now seeks default judgment against Defendant. (Doc. 12.)

The magistrate judge determined the Court has diversity jurisdiction over the claims presented and personal jurisdiction over Defendant. (Doc. 17 at 5-6.) The magistrate judge also found Plaintiff complied with the service requirements under Rule 4 of the Federal Rules of Civil Procedure. (*Id*. at 6-7.) Examining the sufficiency of the complaint, the magistrate judge found Plaintiff alleged sufficient facts to state a claim for breach of contract against Defendant and "submits evidence in support of its damages claim." (*Id.* at 8.) The magistrate judge determined the factors identified by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) weighed in favor of default judgment and recommended the Court grant the motion; award

1  possessing of the identified vehicles; and award monetary damages in the amount of $115,098.37,
2  plus post-judgment interest.  (*Id*. at 7-10.)

3  The magistrate judge found Plaintiff is also entitled to an award of attorney fees and costs.
4  (Doc. 17 at 10-12.)  The magistrate judge found the requested hourly rate of $325 was reasonable
5  based upon the experience of counsel.  (*Id.* at 10-11.)  In addition, the magistrate judge observed:
6  "According to the declaration of Attorney Ito and the corresponding invoices for legal services,
7  Attorney Ito expended a total of 11 hours of work and billed the Plaintiff $3,575.00 for attorney
8  fees in relation to this matter through April 24, 2025."  (*Id.* at 11.)  The magistrate judge noted
9  Mr. Ito also anticipated that it would "take at least 3 hours at a rate of $325" to complete the
10 motion for default judgment, excluding any appearance at a hearing on the motion.  (*Id.*)  The
11 magistrate judge recommended the anticipated time not be awarded, because there was "no
12 evidence to support this estimate."  (*Id.*)  Finally, the magistrate judge also found costs in the
13 amount of $805.18—which included the court filing fee and service of process—were reasonable
14 and recommended the Court award the requested amount.  (*Id.* at 12.)

15 The Court served the Findings and Recommendations on Plaintiff, which served the
16 document on Defendant and filed proof of service.  (Doc. 18.)  The Court notified the parties that
17 any objections were due within 14 days.  (Doc. 17 at 13.)  The Court advised the parties that the
18 "failure to file objections within the specified time may result in the waiver of certain rights on
19 appeal."  (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  No objections
20 were filed, and the deadline for doing so has passed.

21 According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.
22 Having carefully reviewed the matter, the Court concludes the Findings and Recommendations
23 are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

24   1. The Findings and Recommendations issued June 13, 2025 (Doc. 17) are **ADOPTED**
25      in full.
26   2. Plaintiff's motion for default judgment (Doc. 12) is **GRANTED** in part.
27   3. Plaintiff is **AWARDED** monetary damages in the amount of **$115,098.37**.
28   4. Plaintiff is **AWARDED** interest at the contracted rates for the identified Agreements.

5. Plaintiff's request for fees and costs is **GRANTED**, in the modified amount of $3,575.00 in attorney fees and $805.18 in costs, for a total of **$4,380.18**.

6. Plaintiff is **AWARDED** possession of the subject vehicles and Defendant **SHALL** return and/or permit Plaintiff to take possession of the following:

    a. 2022 Utility Refrigerated Vans 53' with 2022 Thermo King S600, Vehicle ID No. 3UTVS253XN8706203 and

    b. 2023 Utility Refrigerated Vans 53' with 2022 Thermo King S600, Vehicle ID No. 1UYVS2532P2768318.

7. Upon recovery and sale of the vehicles in a commercially reasonable manner, Plaintiff **SHALL** credit the net sale proceeds of the vehicle toward the monetary judgment awarded herein.

8. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant, and to close this case.

IT IS SO ORDERED.

Dated:   **June 30, 2025**

UNITED STATES DISTRICT JUDGE